PHILLIP A. TALBERT
Acting United States Attorney
M. ANDERSON BERRY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, DAVID SAMLOFF,<br><br>                    Plaintiffs,<br><br>-vs-<br><br>CITY OF FAIRFIELD, FAIRFIELD HOUSING AUTHORITY,<br><br>                    Defendants. | CASE NO. 2:15-cv-490 WBS CKD<br><br>**ORDER ON UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR SETTLEMENT** |

The United States having intervened in this action for settlement purposes, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court rules as follows:

1. The United States is granted leave to intervene in Counts I and II of relator's First Amended Complaint against defendants the City of Fairfield and the Fairfield Housing Authority for settlement purposes;

2. Relator's First Amended Complaint, the United States' Notice of Election to Intervene, and this Order be unsealed; and

3. All other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants.

        IT IS SO ORDERED.

Dated:  August 26, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON U.S.'s NOTICE OF
ELECTION TO INTERVEVE FOR SETTLEMENT

1