PHILLIP A. TALBERT
Acting United States Attorney
M. ANDERSON BERRY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, DAVID SAMLOFF, <br><br> Plaintiffs, <br><br> -vs- <br><br> CITY OF FAIRFIELD, FAIRFIELD HOUSING AUTHORITY, <br><br> Defendants. | CASE NO. 2:15-cv-490 WBS CKD <br><br> ORDER ON UNITED STATES' AND RELATOR'S JOINT STIPULATION OF VOLUNTARY DISMISSAL |

Upon consideration of the United States' and Relator David Samloff's Joint Stipulation of Voluntary Dismissal of Counts I-II of this Action, pursuant to the terms of the Settlement Agreement between the parties, and for good cause shown, the Court hereby rules as follows:

1. Counts I-II of this Action are hereby dismissed with prejudice to Relator Samloff for the Covered Conduct as set forth in the Settlement Agreement between the United States, Relator Samloff, and Defendants City of Fairfield and the Fairfield Housing Authority;

2. Counts I-II of this Action are hereby dismissed with prejudice to the United States for the Covered Conduct as set forth in the Settlement Agreement between the United States, Relator Samloff, and Defendants City of Fairfield and the Fairfield Housing Authority;

3. Any other claims are hereby dismissed without prejudice to the United States;

4. Relator Samloff's Count III, and Relators' claims for reasonable expenses, attorneys' fees, and

costs against Defendants under 31 U.S.C. § 3730(d)(1) relating to Count III, shall remain pending and this Court shall retain jurisdiction over those claims until such time as those issues are fully and finally resolved;

5. Relator's First Amended Complaint, the United States' Notice of Election to Intervene and this Court's accompanying Order, United States' and Relator's Stipulation of Voluntary Dismissal, and this Order be unsealed; and

6. All other papers on file in this action remain under seal.

IT IS SO ORDERED.

Dated: September 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE