1  GREGORY W. STEPANICICH (Bar No. 78317)
   gstepanicich@rwglaw.com
2  TOUSSAINT S. BAILEY (Bar No. 245641)
   tbailey@rwglaw.com
3  RICHARDS, WATSON & GERSHON
   A Professional Corporation
4  355 South Grand Avenue, 40th Floor
   Los Angeles, California 90071-3101
5  Telephone: 213.626.8484
   Facsimile: 213.626.0078
6
   Attorneys for Defendants
7  CITY OF FAIRFIELD and FAIRFIELD
   HOUSING AUTHORITY
8

9  Cliff Palefsky (State Bar No. 77683)
   Scott M. Stillman (State Bar No. 267506)
10 McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
11 San Francisco, California 94133
   Telephone:  (415) 421-9292
12 Facsimile:   (415) 403-0202
   Emails:  cp@mhpsf.com
13          sstillman@mhpsf.com

14 Attorneys for Plaintiff-Relator
   DAVID SAMLOFF

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, DAVID SAMLOFF, <br><br> Plaintiffs, <br><br> -vs- <br><br> CITY OF FAIRFIELD, FAIRFIELD HOUSING AUTHORITY, <br><br> Defendants. | Case No.: 2:15-cv-490 WBS CKD <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

DATED: August 2, 2017                           /s/ Toussaint S. Bailey
                                                      TOUSSAINT S. BAILEY
                                                      RICHARDS, WATSON & GERSHON
                                                      Attorneys for Defendants
                                                      CITY OF FAIRFIELD and FAIRFIELD
                                                      HOUSING AUTHORITY

DATED: August 2, 2017                           /s/ Scott M. Stillman
                                                      CLIFF PALEFSKY
                                                      SCOTT M. STILLMAN
                                                      MCGUINN, HILLSMAN & PALEFSKY
                                                      Attorneys for Plaintiff-Relator
                                                      DAVID SAMLOFF

## **ORDER**

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: August 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order for Dismissal with Prejudice. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: August 2, 2017

By: /s/ Scott M. Stillman
SCOTT M. STILLMAN
MCGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff-Relator
DAVID SAMLOFF